IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT QUINONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17 – cv – 02117 |
| ) | |
| ROUNDY'S SUPERMARKETS ) | |
| d/b/a MARIANO'S, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO SUBSTITUTE PARTIES**

Defendant Roundy's Illinois, LLC d/b/a Mariano's (improperly identified as "Roundy's Supermarkets d/b/a Mariano's"), pursuant to Rules 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, respectfully moves this Court for the entry of an Order dismissing Roundy's Supermarkets, Inc. from this action and substituting Plaintiff's former employer – Roundy's Illinois, LLC, d/b/a Mariano's – as the correct defendant in this action. In support of this motion, Defendant states as follows:

**A. ROUNDY'S SUPERMARKETS, INC. IS NOT A PROPER DEFENDANT**

1.  This is an employment discrimination case filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq*. (Dkt. No. 1, ¶ 1).

2.  Plaintiff's Complaint incorrectly identifies his former employer as "Roundy's Supermarkets d/b/a Mariano's." (*Id.*).

3.  Plaintiff was never employed by Roundy's Supermarkets, Inc.; rather, at all relevant times, Plaintiff was employed by **Roundy's Illinois, LLC,** a Wisconsin limited liability company authorized to conduct business in Illinois under the trade name "Mariano's."

4.  Because Roundy's Supermarkets, Inc. never employed Plaintiff, it is not subject to liability under Title VII, and all claims against that entity should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

5.  Similarly, because Roundy's Illinois, LLC was Plaintiff's actual employer, it is a necessary and indispensable party under Rule 19, and Plaintiff's failure to include that specific entity as a defendant is grounds for dismissal of the Complaint pursuant to Rule 12(b)(7).

### B. DEFENDANT SEEKS TO SUBSTITUTE IN THE CORRECT PARTY DEFENDANT AND AMEND THE CAPTION

6.  Accordingly, Defendant respectfully requests that Roundy's Supermarkets, Inc. ("Roundy's Supermarkets d/b/a Mariano's") be dismissed from this lawsuit and that "Roundy's Illinois, LLC, d/b/a Mariano's" be substituted in as the correctly-named defendant.

7.  This motion is not sought for the purpose of delay (or any other improper purpose), and Plaintiff will not be prejudiced by the relief sought in this motion. To the contrary, all parties will benefit from an Order that streamlines this litigation and allows the proper parties to be at issue. Plaintiff, in particular, will benefit from not having to amend the Complaint to identify his correct employer, Roundy's Illinois, LLC.

8.  Moreover, Defense counsel has conferred with counsel for Plaintiff, who confirmed earlier today that Plaintiff does not oppose this motion.

WHEREFORE, for all of the reasons set forth above, Defendant Roundy's Illinois, LLC d/b/a Mariano's (improperly identified as "Roundy's Supermarkets d/b/a Mariano's"), respectfully requests that the Court enter an Order:

  A. Dismissing "Roundy's Supermarkets d/b/a Mariano's" as a defendant in this action, and dismissing all claims against that entity;

  B. Substituting "Roundy's Illinois, LLC d/b/a Mariano's" as the correct defendant in this action, with instructions that the Clerk of the Court amend the caption accordingly; and

    C.  Awarding any further relief the Court deems just and proper.

Dated: April 24, 2017                      Respectfully submitted,

                                              **ROUNDY'S ILLINOIS, LLC, Defendant**

                                              By:  */s/ Christopher S. Griesmeyer*
                                                   One of Its Attorneys

                                                 Christopher S. Griesmeyer (ARDC No. 6269851)
                                                 Adam C. Maxwell (ARDC No. 6306534)
                                                 GREIMAN, ROME & GRIESMEYER, LLC
                                                 Two North LaSalle, Suite 1601
                                                 Chicago, Illinois 60602
                                                 Bus: (312) 428-2750
                                                 Fax: (312) 332-2781
                                                 cgriesmeyer@grglegal.com
                                                 amaxwell@grglegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, I electronically filed the foregoing ***Defendant's Unopposed Motion to Substitute Parties***, with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them:

Douglas P. Trent, Esq.
Trent & Butcher Law Office
350 S. Schmale Rd., Suite 130
Carol Stream, Illinois 60188
trentbutcher@aol.com
lawyers@trentandbutcher.com


    /s/   Christopher S. Griesmeyer
Christopher S. Griesmeyer (ARDC No. 6269851)
GREIMAN, ROME & GRIESMEYER, LLC
Two North LaSalle, Suite 1601
Chicago, Illinois  60602
Bus: (312) 428-2750
Fax: (312) 332-2781
cgriesmeyer@grglegal.com