UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Robert Quinones

                          Plaintiff,

v.                                      Case No.: 1:17–cv–02117
                                          Honorable John Robert Blakey

Roundy's Supermarkets

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Defendant's unopposed motion to substitute parties [10] is granted. The Clerk is directed to amend the caption in this action to dismiss Roundy's Supermarkets d/b/a Mariano's and substitute Roundy's Illinois, LLC, d/b/a Mariano's as the correct Defendant in this action. The 4/27/17 Notice of Motion date is stricken, and the parties need not appear. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.