## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Robert Quinones

                        Plaintiff,

v.                                                    Case No.: 1:17–cv–02117
                                                        Honorable John Robert Blakey

Roundy's Supermarkets, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 23, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Defendant's unopposed motion for entry of an agreed dismissal order [38] is granted: the Parties having resolved all disputes in this proceeding pursuant to a duly–negotiated and confidential settlement agreement, due notice having been given and the Court being fully advised, it is hereby ordered that this lawsuit, including all claims asserted in the Amended Complaint, is dismissed with prejudice. Each party shall pay its own respective fees and costs. The 3/27/18 Notice of Motion date is stricken, and the parties need not appear. Additionally, all set dates and deadlines, including the 6/28/18 motion hearing date and the 9/4/18 trial date, are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.